AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

AYRICK TALBO,

    Plaintiff,　　　　　　　JUDGMENT IN A CIVIL CASE
V.

                                        CASE NUMBER: **3:09-CV-00686-RCJ-RAM**

STATE OF NEVADA, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** this action is **DISMISSED** without prejudice for Plaintiff's commencement of a **NEW** action in which he either pays the full filing fee or submits a completed application to proceed *in forma pauperis* with a properly executed financial certificate and a copy of his inmate trust account.


   December 8, 2009　　　　　　　　　　　　　　　　　**LANCE S. WILSON**
                                                                                        Clerk

                                                                                     /s/ D. R. Morgan
                                                                                        Deputy Clerk