# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| AYRICK TALBO,<br>#81711 | ) | |
| Plaintiff, | ) | 3:09-cv-00686-RCJ-RAM |
| vs. | ) | |
| STATE OF NEVADA | ) | **ORDER** |
| Defendant. | ) | |

On March 8, 2010, plaintiff filed a "motion to recuse Judicial Officer R. Janis" (docket #7). However, this action was dismissed without prejudice (docket #3), and judgment was entered by the Clerk on December 8, 2009 (docket #4). Accordingly, this case is closed. Plaintiff is advised that if he wishes to seek relief he shall file a new application to proceed *in forma pauperis* in a new case. Plaintiff shall file no further documents in this closed case.

**IT IS THEREFORE ORDERED** that plaintiff's motion to recuse Judicial Officer R. Janis (docket #7) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall file no further documents in this closed case. Any further documents that plaintiff attempts to file in this case shall be stricken.

DATED this 24th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE